WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Junior J. Aguilar,<br><br>Plaintiff,<br><br>v.<br><br>Kristi Noem, Secretary of Homeland Security, *et al.*,<br><br>Defendants. | No. CV-25-00056-TUC-EJM<br><br><br><br>ORDER |

Pending before the Court are Plaintiff's Motion for Leave to File a Short Sur-Reply (≤ 5 Pages) Limited to New Matters Raised in the Defendants' Reply (Doc. 28) ("Motion for Surreply") (Doc. 30) and Request for Judicial Notice in Support of [Lodged] Sur-Reply (Doc. 32). Defendants filed a combined response in opposition to both motions and Plaintiff did not reply. *See* Defs.' Combined Response in Opposition to Plaintiff's motion for Leave to File Sur-Reply and Related Request for Judicial Notice in Support of Sur-Reply (Doc. 36). The Court will deny both motions.

### A. *Motion for Surreply*

Neither the Federal Rules of Civil Procedure nor the Local Rules of this District contemplate the filing of a surreply. A surreply may be warranted when new evidence is presented in a reply. *JG v. Douglas County School Dist.*, 552 F.3d 786, 803 n.14 (9th Cir. 2008) (citations omitted). Generally, however, "[s]urreplies . . . are highly disfavored, as they usually are a strategic effort by the nonmoving party to have the last word on a matter."

*Sims v. Paramount Gold and Silver Corp.*, No. CV-10-356-PHX-MHM, 2010 WL 5364783, at *8 (D. Ariz. Dec. 21, 2010) (second alteration in original) (citations omitted). "Accordingly, courts will not allow surreplies except in the most extraordinary circumstances." *Id.* (internal quotations and citations omitted) (collecting cases). The issues Plaintiff seeks to address in his surreply are not new evidence, rather they were responsive to Plaintiff's arguments against Defendant's motion to dismiss. As such, "Plaintiff has failed to point to any extraordinary circumstances that justify his request, and this Court sees none." *Sims*, 2010 WL 5364783, at *8. Plaintiff's motion for surreply (Doc. 30) is denied.

B.   *Motion for Judicial Notice*

Plaintiff also seeks judicial notice of documents that he submits in support of his proposed surreply. Pl.'s Mot. for Judicial Notice in Support of [Lodged] Sur-Reply (Doc. 32) ("The text is pertinent to the Court's consideration of procedures referenced in Plaintiff's [lodged] sur-reply."). Because the Court has denied Plaintiff leave to file a sur-reply, the documents proffered are unnecessary. As such, Plaintiff's motion for judicial notice (Doc. 32) is denied.

C.   *Conclusion*

Based on the foregoing, **IT IS HEREBY ORDERED** Plaintiff's Motion for Leave to File a Short Sur-Reply (≤ 5 Pages) Limited to New Matters Raised in the Defendants' Reply (Doc. 30) is **DENIED**.

**IT IS FURTHER ORDERED** Plaintiff's Request for Judicial Notice in Support of [Lodged] Sur-Reply (Doc. 32) is **DENIED**.

Dated this 30th day of October, 2025.

Eric J. Markovich
United States Magistrate Judge